U.S. District Court for the D.C.
Wash. D.C. 20001

Tyrone Hicks
4161 H St. N.W. #517
Wash. D.C. 20001

    Appellant/Plaintiff

vs.

Margaret Quick
Chairman of the D.C.
Board of Parole

    Appellee/Defendant

D.C. Board of Parole

    Defendant

Civil Action
Nos. 06-cv-1397-CKK
Nos. 06-cv-1396-CKK
Nos. 06-cv-00738-CKK

Correction to said complaint of 06-cv-00738-CKK

Comes now, Tyrone Hicks, the Appellant, and respectfully moves the Honorable Judge, Colleen Kollar-Kotelly, for a correction of said complaint against Metropolitan Police Dept., whereas, said Honorable U.S. District Court for the D.C., issued summons issued as to Metropolitan Police Dept., third (3rd) District, entered on 5/15/06, but said civil actions Nos. 06-cv-01397-CKK, and 06-cv-1396-CKK, summons not issued as to Margaret Quick, entered on 8/09/06. Defendant in case nos. 06-cv-1397-CKK and 06-cv-1396-CKK has yet to be advised by the Honorable U.S. Dist. Court

RECEIVED
AUG 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notify citizen collar-to-kelly in or said appropriate civil cases.

### Memorandum of Law

1. Re: Fifth (5th) Amendment Rights to the U.S. Constitution.

Also both case nos. 06-cv-01366-CKK and 06-cv-01397-CKK

### Certification of Service

I, Tyrone Hunt, the appellant, do respectfully state that I have upon this 15th day of Aug. 06, have sent the foregoing correction to said complaint at 06-cv-00736-CKK to the U.S. Dist. Court for the D.C., to make service upon the attorneys for the Defendants.

Respectfully Submitted,

Tyrone Hunt
(Plaintiff, pro se)