UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tyrone Hurt,                      :
                                  :
       Plaintiff,             :
  v.                              :     Civil Action No. 06-1397 (CKK)
                                  :
D.C. Board of Parole,             :
                                  :
       Defendant.             :

## ORDER

For the reasons stated in the accompanying Memorandum, it is

ORDERED that pursuant to 28 U.S.C. § 1915(e), this case is DISMISSED. This is a final appealable Order.

                                                                _____s/_____
                                                                COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge

Date: August 28, 2006