# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Tyrone Hunt
_____
Plaintiff

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

SEP 0 6 2006

RECEIVED

vs.  Civil Action No. 06-1397-(CKK)

D.C. Board of Parole
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 1st, day of September, 2006, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 25th day of Aug., 2006

in favor of Defendant

against said plaintiff

_____
Tyrone Hunt
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: 633 Indiana Ave, N.W, Wash, D.C. 20001

United States District Court for the D.C.
Wash, D.C. 20001

Tyrone Hunt
461 H St, N.W., #517,
Wash. D.C. 20001
    Plaintiff

Vs.

D.C. Board of Parole,
633 Indiana Ave, N.W.,
Wash. D.C. 20001
    Defendant

Civil Action No.
06-1397 (CKK)

## Motion for Notice of Appeal in Forma Pauperis.

Comes now, Tyrone Hunt, the plaintiff and respectfully moves a Honorable Panel of the U.S. Court of Appeals for the D.C., for leave to appeal in forma pauperis, for the following reasons:

1. The plaintiff respectfully states whether the Court Order entered on the date of Aug. 28, 06, dismissing the complaint, was an abuse of its discretion when said complaint and Civil Action No. 06-1397-(CKK), is correct and accurate as filed on June 16th day of June, 06 in the U.S. District Court for

the D.C., to make service upon the attorneys for
Betts,

Respectfully submitted,
S. Lenore Betts

2. Whether the Cout. Order entered on the date of Aug 28, 06, dismissing said complaint, was an abuse of its discretion, the alleged former Board, cannot be sued, (monetary damages), for it is not a person within the meaning of section 1983" is erroneously applied in said Memorandum, delivered by the Honorable Colleen Kollar-Kotelly, U.S. District Judge, See: Title 43, Section 1983, U.S.C., and not its meaning but how applied and its language and reading concerning jurisdiction for the U.S. Dist. Court for the D.C. So, therefore, said Memorandum, is in violation of the eighth (8th) Amendment Right to the U.S. Constitution and the U.S. Constitution,

Memorandum of Law,
1. See: eighth (8th) Amendment Right to the U.S. Constitution and the U.S. Constitution,

Relief
1. The plaintiff seeks five (5) trillion dollars in punitive and monetary damages against said

(3)

Defendants and monetary damages in civil complaints, cannot and does change.

### Supplemental Information by said Plaintiff,

Comes now, Tyrone Hunt, the Plaintiff, and respectfully moves to Honorable Panel of the U.S. Court of Appeals for the D.C., for supplemental information, whereby Title 34-131, D.C. Code, is incorrectly applied and said Plaintiff has no version of said statute and do not know where it is applicable and if not applicable because of lack of reading of said statute or its language.

### Certification of Service,

I, Tyrone Hunt, the Plaintiff, and respectfully states that I have upon this 1st Day of Aug. 06, however the foregoing notice of appeal, to the U.S. Court of Appeal for the D.C., to make service upon the attorneys for the Appellee.

Respectfully Submitted,
s/ Tyrone Hunt
(Plaintiff, Pro Se)